UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LAUREN ODIORNE b/n/f SYLVIA ODIORNE, )<br>and SYLVIA ODIORNE individually, )<br>and JEFFREY ODIORNE individually, )<br>      Plaintiffs, )<br>)<br>vs. )<br>)<br>WAL-MART STORES, INC., )<br>McLANE COMPANY, INC., )<br>PRO-LINE INTERNATIONAL, INC., and )<br>ALBERTO-CULVER USA, INC., )<br>      Defendants. ) | CASE NO. 2:05-CV-79- JM |

**JOINT MOTION TO DISMISS AND FOR DISPOSITION OF
SETTLEMENT PROCEEDS**

    Plaintiffs, Lauren Odiorne b/n/f Sylvia Odiorne and Sylvia Odiorne n/k/a Sylvia Stancliff, individually, by counsel, Terrell and Thrall by Michael A. Fish, and Defendants, Wal-mart Stores, Inc., McLane Company, Inc., Pro-line International, Inc., and Alberto-Culver USA, Inc., by counsel DeFur Voran, LLP by Robert Emmerson, move the Court to dismiss this action with prejudice as to all defendants and for an order regarding disposition of settlement proceeds. This motion is based on the following:

    1.    Plaintiffs filed their Motion to Approve Settlement of Minor's claim on April 13, 2007.

    2.    On April 19, 2007, the Court approved the settlement and allowed Plaintiff Jeffrey Odiorne the opportunity to object to the proposed settlement.

    3.    Jeffrey Odiorne has not objected to the proposed settlement. Accordingly, his interest in this matter is waived, and he is barred from further litigating this case.

    4.    Because Lauren Odiorne is a minor, it is necessary that this Court enter an order

regarding the disposition of Lauren's settlement proceeds. The public policy justification behind such an order is that Lauren's settlement proceeds will be protected from her parents' creditors and others. Accordingly, the parties request an order that the net settlement proceeds be deposited into an interest bearing account or CD (whichever earns more interest) on Lauren's behalf until such time as Lauren reaches the age of majority or unless released by further order of Court.

5. This matter has been settled and it may be dismissed with prejudice.

6. The parties further request an order authorizing and directing Sylvia Odiorne (Stancliff) to execute the necessary release documents on behalf of Lauren, releasing all defendants and their representatives and from any further liability with respect to the claims set forth in this action.

WHEREFORE, the parties, by counsel, move the Court to dismiss this action with prejudice as to all defendants, for an order regarding the disposition of settlement proceeds, and for all other relief just and proper in the premises.

Respectfully submitted,

 /s/ Michael A. Fish  
Michael A. Fish, #21628-03  
Terrell & Thrall, LLP  
1158 W. Lincolnway, Ste One  
Valparaiso, IN 46385  
Attorney for Plaintiffs

 /s/ Robert D. Emmerson  
Robert D. Emmerson, #21617-49  
DeFur Voran, LLP  
8409 Fishers Center Drive  
Fishers, IN 46038  
Attorney for Defendants

Dated: June 6, 2007